

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>ROBERTO CRUZ; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05814<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ROBERTO CRUZ the above process on the 31 day of December, 2016, at 3:34 o'clock, PM, at 845 SCHUYLKILL AVENUE READING, PA 19601, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _51-55_ Height _5'9_ Weight _150_ Race _HISPANIC_ Sex _MALE_ Hair _BLACK_
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of _Pa_____ )
) SS:
County of _Berks_____ )

Before me, the undersigned notary public, this day, personally appeared ___Shannon Beckier___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158223
Case ID #:4774881

Subscribed and sworn to before me
this _3_ day of _Jan_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017