UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ROBERTO CRUZ,<br>Defendant | No. 16-05814 |

**DEFAULT JUDGMENT**

AND NOW, this __25th__ day of __January__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Wednesday, November 09, 2016 and, after due service of process on Defendant, ROBERTO CRUZ, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, ROBERTO CRUZ, in the amount of $8,259.84. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 1/25/17

                                            Clerk, United States District Court
                                            EasternDistrict of Pennsylvania

                            By:    _s/ Terry Milano_
                                        Deputy Clerk